**Order entered November 22, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00491-CR

**KENVAIRIAY JEVERA SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F20-76131-J**

**ORDER**

Before the Court is the November 21, 2022 second request of court reporter Kimberly Xavier to extend the time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **December 19, 2022**. We caution Ms. Xavier that further requests to extend the time to file the reporter's record will be disfavored.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE